# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-336-G |
| | ) |
| LAFORGE & BUDD CONSTRUCTION | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is Defendant's Notice to Withdraw (Doc. No. 16), seeking to withdraw the Motion for Preservation of Evidence filed in this matter on October 11, 2019. For good cause shown, the Notice to Withdraw is GRANTED. The Motion for Preservation of Evidence is deemed WITHDRAWN without prejudice to refiling.

IT IS SO ORDERED this 14th day of November, 2019.

_____
CHARLES B. GOODWIN
United States District Judge