## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                              )<br>   Plaintiff,                        )<br>                                                )<br>v.                                           )<br>                                                )<br>LAFORGE & BUDD CONSTRUCTION    )<br>COMPANY, INC.,                         )<br>                                                )<br>   Defendant.                      ) | Case No. CIV-19-336-G |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accordance with a settlement agreement entered into by the United States and LaForge and Budd Construction Company, Inc., the parties hereby stipulate to dismissal of the above-styled action with prejudice.

                                                Respectfully submitted,

                                                TIMOTHY J. DOWNING
                                                United States Attorney

                                                *s/Ronald R. Gallegos*
                                                RONALD R. GALLEGOS
                                                Bar Number: 013227 AZ
                                                DON EVANS
                                                Bar Number: 20805 LA
                                                Assistant United States Attorneys
                                                United States Attorney's Office
                                                210 Park Avenue, Suite 400
                                                Oklahoma City, OK 73102
                                                Telephone:  (405) 553-8700
                                                Facsimile:  (405) 553-8885
                                                ron.gallegos@usdoj.gov
                                                don.evans@usdoj.gov
                                                Counsel for the United States

                                          *s/ M. Richard Mullins*
                                          *(Signed by Filing Attorney with permission of Attorney)*
M. RICHARD MULLINS
SPENCER F. SMITH
McAfee & Taft
Two Leadership Square
211 N. Robinson, Tenth Floor
Oklahoma City, OK 73102
richard.mullins@mcafeetaft.com
spender.smith@mcafeetaft.com
Counsel for LaForge & Budd Construction Company, Inc.

## CERTIFICATE OF SERVICE

_X_  I hereby certify that on January 9, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

M. Richard Mullins
Spencer F. Smith
McAfee & Taft
Two Leadership Square
211 N. Robinson, Tenth Floor
Oklahoma City, OK 73102
richard.mullins@mcafeetaft.com
spender.smith@mcafeetaft.com

____  I hereby certify that on January 9, 2020, the attached document was mailed, postage prepaid, to the following:

                                          *s/ Ronald R. Gallegos*
                                          RONALD R. GALLEGOS
                                          Assistant U.S. Attorney